UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Devin Richardson</u>

v.                                           Civil No. 14-cv-453-LM

<u>Cheshire County, et al</u>

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 14, 2015.

SO ORDERED.

_____
Landya B. McCafferty
United States District Judge

Date: February 6, 2015

cc:   Devin Richardson, pro se